# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2017

155606

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

THOMAS M. KOHLOFF,
      Plaintiff-Appellee,

v

                                    SC: 155606
                                    COA: 335124
                                    MCAC: 14-000016

CHRYSLER GROUP, LLC,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 2, 2017 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2017



t1017

Clerk